Patrick C. English, Esq. (PE7898)
Jason M. Santarcangelo, Esq. (JMS4492)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc., d/b/a Main Events

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY SPORTS PRODUCTIONS, INC., d/b/a Main Events,<br><br>Plaintiff,<br><br>v.<br><br>GROUPE YVON MICHEL, INC., YVON MICHEL, AL HAYMON, GOLDEN BOY PRODUCTIONS, INC., SHOWTIME NETWORK, INC., ADONIS STEVENSON, RICHARD SCHAEFER, AND JOHN DOES 1-8,<br><br>Defendants. | Civil Action No.: 14-cv-3038 (VEC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, New Jersey Sports Productions, Inc. and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Date: August 4, 2014

_____
Patrick C. English, Esq. (PE7898)
DINES AND ENGLISH, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc., d/b/a Main Events