Patrick C. English, Esq. (PE7898)
Jason M. Santarcangelo, Esq. (JMS4492)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc., d/b/a Main Events

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2014
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY SPORTS PRODUCTIONS, INC., d/b/a Main Events, | Civil Action No.: 14-cv-3038 (VEC) |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| v. | |
| GROUPE YVON MICHEL, INC., YVON MICHEL, AL HAYMON, GOLDEN BOY PRODUCTIONS, INC., SHOWTIME NETWORK, INC., ADONIS STEVENSON, RICHARD SCHAEFER, AND JOHN DOES 1-8, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, New Jersey Sports Productions, Inc. and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Date: August 4, 2014

_/s/ Patrick C. English_
Patrick C. English, Esq. (PE7898)
DINES AND ENGLISH, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc., d/b/a Main Events

The Clerk of the Court is respectfully directed to terminate the case.
SO ORDERED.

_/s/ Valerie Caproni_

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE     Date: August 4, 2014